August 12, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 3824-1.    Division One.    June 14, 1976.]

THE CITY OF SEATTLE, *Respondent,* v. OLIVER HARRY GOODWIN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 70986, Sidney R. Buckley, J., entered April 3, 1975. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Farris and Callow, JJ.

[No. 3004-1.    Division One.    June 14, 1976.]

RICHARD K. WYMAN, *Appellant,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 760966, Solie M. Ringold, J., entered April 12, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 2768-1.    Division One.    June 14, 1976.]

RICHARD K. WYMAN, *Appellant,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 760965, Frank H. Roberts, Jr., J., entered January 11, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 3533-1.    Division One.    June 14, 1976.]

THE STATE OF WASHINGTON, *Respondent,* v. BILLY ALLEN ESTRIN, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 6962, Thomas G. McCrea, J., entered December 12, 1974. *Dismissed* by unpublished per curiam opinion.

[No. 4144-1.    Division One.    June 14, 1976.]

THE STATE OF WASHINGTON, *Appellant,* v. LARRY JOHN LEE, *Respondent.*

Appeal from a judgment of the Superior Court for King